# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00025-CV

Jerry Scarbrough, Denise Steele, and Melissa Victoria Deaton, Appellants

v.

Helen Purser, Sue E. Purser a/k/a Sue E. Van Zanten, Gary W. Purser, Jr.,
Joann M. Purser, and Elizabeth H. Tipton, Appellees

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 236,117-B, HONORABLE ALAN MAYFIELD, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellants Jerry Scarbrough, Denise Steele, and Melissa Victoria Deaton filed a motion on February 19, 2013, challenging the trial court's orders sustaining contests to their indigency. *See* Tex. R. App. P. 20.1(j)(1). Appellees Helen Purser, Sue E. Purser a/k/a Sue E. Van Zanten, Gary W. Purser, Jr., Joann M. Purser, and Elizabeth H. Tipton filed a response in opposition.

Having reviewed the motion, the response, and the record, we conclude that the trial court's orders did not constitute an abuse of its discretion. *See Kastner v. Texas Bd. of Law Exam'rs*, No. 03-08-00515-CV, 2009 Tex. App. LEXIS 6381, at *5 (Tex. App.—Austin Aug. 12, 2009, no pet.) (mem. op.) (applying abuse-of-discretion standard to review trial court's order sustaining indigency contest). As such, we deny appellants' motion. *See* Tex. R. App. P. 20.1(j)(4).

It is ordered on February 27, 2013.


Before Justices Puryear, Rose and Goodwin